IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Van Puymbrouck, Rick L | Case Number: 07 B 13813 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/23/07 | Filed: 8/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 | |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 0.00 | 0.00 |
| 4. | Shoppers Charge Accounts | Secured | 0.00 | 0.00 |
| 5. | First Investors Finicial Service | Secured | 1,500.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 7,000.00 | 0.00 |
| 7. | Harris Bank | Secured | 1,200.00 | 0.00 |
| 8. | Washington Mutual Bank FA | Secured | 19,003.59 | 0.00 |
| 9. | Shoppers Charge Accounts | Unsecured | 109.91 | 0.00 |
| 10. | B-Real LLC | Unsecured | 1,820.33 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 28.85 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 634.93 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,084.33 | 0.00 |
| 14. | First Investors Finicial Service | Unsecured | 7.17 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 1,238.48 | 0.00 |
| 16. | Kohl's/Kohl's Dept Stores | Unsecured |  | No Claim Filed |
| 17. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,627.59 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Van Puymbrouck, Rick L

Printed:  10/23/07

Case Number:  07 B 13813
Judge:  Wedoff, Eugene R
Filed:  8/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)